UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:18-cv-02921-TLN-EFB<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2019, the magistrate judge filed an order and findings and recommendations. (ECF No. 10.) The order dismissed Plaintiff's complaint with leave to amend. (ECF No. 10 at 5.) The findings and recommendations recommended that Plaintiff's motion for injunctive relief be denied because there was no operative complaint and thus, no showing as to any likelihood of success on the merits of any claim. (ECF No. 10 at 5.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. (ECF No. 14.) He has also filed another motion for a preliminary injunction but has yet to file an amended complaint. (ECF No. 15.)

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The recently filed motion for injunctive relief must also be denied for the same reasons stated in the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 24, 2019, are adopted in full;

2. Plaintiff's "Ex Parte Application for Salinas Valley State Prison Custody Staff [to] Cease Poisoning his Meals and Opening his Legal Mail," construed as a motion for injunctive relief (ECF Nos. 6 & 7) is denied.

3. Plaintiff's May 10, 2019 motion for preliminary injunctive relief (titled, "Plaintiff's Ex Parte Application for California Men's Colony State Prison Cease Poisoning his Meals and Unlawful Process of His Confidential Legal Mail with a Transfer Request for Folsom State Prison") (ECF No. 15) is denied.

Dated: July 11, 2019

/s/ Troy L. Nunley
Troy L. Nunley
United States District Judge