IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL GODINEZ,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**KERNAN, et al. ,**<br><br>                              Defendants. | Case No. 2:18-cv-02921-TLN-JDP (PC)<br><br>**[PROPOSED]** ORDER |

Good cause appearing, Defendants' request for a one-day extension of time *nunc pro tunc* to respond to Plaintiff's Fourth Amended Complaint, ECF No. 53, is granted. Defendants' answer, which was filed on December 15, 2020, is deemed timely.

IT IS SO ORDERED.

Dated:    December 17, 2020                               _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE