UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-02921-TLN-JDP (PC)<br><br>ORDER TO PROVIDE ADDITIONAL INFORMATION TO EFFECT SERVICE |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983.

On July 6, 2020, the court found that service was appropriate for defendants Rios, Kernan, Adams, Foss, Gambert, and Christensen. ECF No. 39. Process directed to defendant Darrel Adams was returned unserved because that defendant is no longer employed by CDCR, and the agency does not have forwarding contact information. ECF No. 44. Consequently, plaintiff must provide the U.S. Marshal with additional information to facilitate service on defendant Adams.

Accordingly, it is hereby ordered that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, one summons, an instruction sheet, and one copy of the fourth amended complaint filed May 11, 2020.

2. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons, the USM-285 form, and two copies of the endorsed complaint filed May 11, 2020.

3. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order may result in a recommendation that plaintiff's claims against defendant Adams be dismissed.

IT IS SO ORDERED.

Dated:   January 12, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ, | Case No. 2:18-cv-02921-TLN-JDP (PC) |
| Plaintiff, | NOTICE OF SUBMISSION OF DOCUMENTS |
| v. | |
| SCOTT KERNAN, *et al.*, | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _1_    completed summons form

     _1_    completed form USM-285

     _2_    copies of the January 23, 2020 endorsed complaint

DATED:

                                         _____
                                               Plaintiff