UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ, | Case No. 2:18-cv-2921-TLN-JDP (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETED USM-285 FORM FOR DEFENDANT ADAMS |
| v. | |
| SCOTT KERNAN, *et al.*, | |
| Defendants. | |

On January 13, 2021, plaintiff was ordered to complete and return to the court, within thirty days, the summons, one USM-285 form, and copies of his complaint that are required to effect service on the defendant Darrel Adams. ECF No. 56. On February 16, 2021, plaintiff submitted the required documents for service. ECF No. 57. Plaintiff submission, however, failed to provide an address for defendant Adams. Without that information, the U.S. Marshal will not be able to properly serve Adams with a copy of the summons and complaint.

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to send one USM-285 form.

2. Within thirty days of the date of this order, plaintiff shall submit to the court the completed USM-285 form that includes an address for defendant Darrel Adams.

3. Failure to timely return the completed USM-285 form may result in a recommendation that defendant Adams be dismissed from this action for failure to timely effectuate service of

process.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   February 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE