# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:18-cv-02921-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 64 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. §1983.  On May 12, 2022, defendants filed a motion seeking to opt out of the court's alternative dispute resolution program.

Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 64, is granted, and the stay entered March 30, 2022, is lifted.

IT IS SO ORDERED.

Dated:    May 26, 2022                                 　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE