UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:18-cv-02921-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 69 |

　　　　Defendants' move to modify the May 26, 2022 scheduling order to allow additional time to complete discovery and file discovery-related motions. ECF No. 69.  Good cause appearing, the motion is granted.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Defendants' motion to modify the scheduling order, ECF No. 69, is granted.

　　　　2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to January 31, 2023.

　　　　3. The deadline for filing dispositive motions is extended to May 2, 2023.

IT IS SO ORDERED.

Dated: <u>   December 7, 2022   </u>      _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE