UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ, | Case No. 2:18-cv-02921-TLN-JDP (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER IN PART |
| v. | |
| SCOTT KERNAN, *et al.*, | ECF No. 71 |
| Defendants. | |

Defendants move for a second time to modify the May 26, 2022 scheduling order. ECF No. 71. This time, they seek additional time to complete discovery and take plaintiff's deposition, and they also request that I vacate the dispositive motions deadline. *Id.* Good cause appearing, the motion is granted in part.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to modify the scheduling order, ECF No. 71, is granted in part.

2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to April 1, 2023.

3. The deadline for filing dispositive motions is extended to July 7, 2023.

IT IS SO ORDERED.

Dated:   February 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE