UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ, | No. 2:18-cv-02921-TLN-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:   August 20, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1