UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ, | Case No. 2:18-cv-02921-TLN-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, *et al.*, | |
| Defendants. | |

Plaintiff filed a request to voluntarily dismiss this case. ECF No. 85. I instructed defendants to notify the court if they have any objection to the dismissal of this action. ECF No. 87. Defendants filed a response stating that they "have no objection and do not oppose the dismissal of this action." ECF No. 88. The court construes the parties' filings as a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, it is hereby ORDERED that:

1. This action is dismissed with prejudice pursuant to the parties' stipulation of dismissal. *See* ECF No. 85 & 88; Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Clerk of Court is directed to close the case.

1

IT IS SO ORDERED.

Dated: __August 29, 2023__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE