1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAFAEL GODINEZ,                          Case No.  2:18-cv-02921-TLN-JDP

12              Plaintiff,

13         v.                                  **ORDER**

14    SCOTT KERNAN, *et al.*,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 5, 2024, the magistrate judge filed findings and recommendations herein

21  which were served on all parties, and contained notice to all parties that any objections to the

22  findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to

23  the findings and recommendations.  (ECF No. 93.)

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25  Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26  Court finds the findings and recommendations to be supported by the record and by proper

27  analysis.

28

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 92) are ADOPTED IN FULL;

2. Plaintiff's motion for injunctive relief (ECF No. 90) is DENIED ; and

3. The Court construes Plaintiff's objections to the Court's August 30, 2023 Order (ECF No. 91) as a motion for reconsideration, which the Court DENIES.

Date: March 1, 2024

Troy L. Nunley
United States District Judge